## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

John Holmes Schenck, III
Michelle L. Schenck

　　　　　　　　　Debtor(s)

Case No.: 10 B 20205
Chapter: 7

Judge Bruce W. Black (Joliet)

---

### ORDER MODIFYING THE AUTOMATIC STAY

---

**THIS CAUSE** coming to be heard on the motion of US BANK, N.A., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; nd the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Pursuant to 11 U.S.C. §362(d), that US BANK, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 16W625 Mockingbird Lane Unit #105, Willowbrook, IL.

(2) Rule 4001(a)(3) is ~~not applicable and US BANK, N.A. may immediately enforce~~ and implement ~~this~~ order granting ~~relief~~ from the automatic stay.

EFFECTIVE 7/1/10

DATED: 14 MAY 2010

ENTER:

_Bruce W. Black_
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-13828**